NATIONAL NASSAU BANK OF NEW YORK v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of ABRAHAM ABEL ENKLEWITZ, an Attorney.— Reference ordered before Hon. John W. Goff, official referee. Settle order on notice. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of JACOB MAKAY, an Attorney.— Motion denied. Settle order on notice. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

IRMA BARTOK NEY v. LEOPOLD ZIMMERMAN and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

R. P. HUSSEY & COMPANY, INC., v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG (A Co;poration).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

R. P. HUSSEY & COMPANY, INC., v. HUSQVARNA VAPENFABRIKS AKTIEBOLAG (A Corporation).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

FRED S. JAMES & Co., a Corporation, Respondent, v. THE ROSSIA INSURANCE COMPANY OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FRED S. JAMES & Co., a Corporation, Respondent, v. THE ROSSIA INSURANCE COMPANY OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HAROLD W. LETTON, Respondent, v. ALFRED M. BEST, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOHN S. MELCHER, Respondent, v. NATHAN SOBEL, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

L. B. & S. B. RESTAURANT CORPORATION, Respondent, v. JULIUS KLEIN and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARGARET M. DAY, Appellant, v. CARL DAY, Defendant.— Judgment affirmed. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HELEN C. PLATNER, Appellant, v. RAYMOND C. PLATNER, Respondent.— Judgment affirmed. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JAMES BROWN and Others, Copartners, etc., Respondents, v. C. ROSENSTEIN COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of HERBERT GROVER EVANS, Appellant, for the Dissolution of His Marriage to ELLA RUANE EVANS.— Order affirmed. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

WESTERN PACKING AND PROVISION COMPANY, Respondent, v. OSCAR L.